United States District Court
Southern District of Texas
**ENTERED**
February 21, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MEDWIN FAMILY MEDICINE AND REHABILITATION, P.L.L.C., Plaintiff, | § § § § |
| VS. | § CIVIL ACTION NO. B-15-151 |
| SYLVIA MATHEWS BURWELL, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant. | § § § § § |

# ORDER

On January 31, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 34]. Plaintiff has objected [Doc. No. 35] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Plaintiff's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation [Doc. No. 34]. Therefore, the Court grants the Secretary's Cross Motion for Summary Judgment, denies Medwin's Motion for Summary Judgment, and dismisses this civil action with prejudice.

Signed this 21st day of February, 2017.

Andrew S. Hanen
United States District Judge